# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Nicole Renee Burnside, and Brian
Armond Burnside, on behalf of N.B.,

         **CIVIL NUMBER:  3:25-cv-00134-SMR-SBJ**

        Plaintiff(s),

  v.                               **JUDGMENT IN A CIVIL CASE**

Sara Verdick, et al.,

        Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Plaintiffs complaint is dismissed without prejudice for failure to timely amend, show cause, and comply with Local Rule 3(c).  Judgment is entered in favor of defendants.

Date: June 15, 2026

                        CLERK, U.S. DISTRICT COURT

                        /s/  C. Greene
                        _____

                        By: Deputy Clerk